01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 UNITED STATES OF AMERICA,          )
                                       )
09          Plaintiff,                 )
                                       )   Case No. 06-070M
10     v.                              )
                                       )
11 AROLDO PEREZ-PEREZ,                 )   DETENTION ORDER
                                       )
12          Defendant.                 )
   _____ )

13

14 <u>Offense charged</u>:

15      Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a).

16 <u>Date of Detention Hearing</u>:  February 16, 2006.

17      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19 that no condition or combination of conditions will reasonably assure the appearance of

20 defendant as required or ensure the safety of the community.

21      <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22      (1)   A detainer has been placed on defendant by the Bureau of Immigration and

23 Customs Enforcement.

24      (2)   Defendant is a citizen of Mexico, and it appears he has no ties to this community,

25 or to the Western District of Washington.

26      (3)   Defendant has had prior deportations to Mexico.

01   (4) Defendant has stipulated to detention, due to the immigration detainer lodged

02 against him, but reserves the right to contest his continued detention if there is a change in

03 circumstances.

04   IT IS THEREFORE ORDERED:

05   (1) Defendant shall be detained pending trial and committed to the custody of the

06      Attorney General for confinement in a correction facility separate, to the extent

07      practicable, from persons awaiting or serving sentences or being held in custody

08      pending appeal;

09   (2) Defendant shall be afforded reasonable opportunity for private consultation with

10      counsel;

11   (3) On order of a court of the United States or on request of an attorney for the

12      government, the person in charge of the corrections facility in which defendant

13      is confined shall deliver the defendant to a United States Marshal for the purpose

14      of an appearance in connection with a court proceeding; and

15   (4) The Clerk shall direct copies of this Order to counsel for the United States, to

16      counsel for the defendant, to the United States Marshal, and to the United States

17      Pretrial Services Officer.

18   DATED this 16th day of February, 2006.

19

20

21               JAMES P. DONOHUE

22               United States Magistrate Judge

23

24

25

26

DETENTION ORDER            15.13
18 U.S.C. § 3142(i)             Rev. 1/91
PAGE 2